# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 52211

STATE OF IDAHO,

      Plaintiff-Respondent,

v.

WILLIAM JAY HEDGES,

      Defendant-Appellant.

)
)
)
)
)
)
)
)
)
)
)
)

Filed: November 13, 2025

Melanie Gagnepain, Clerk

THIS IS AN UNPUBLISHED
OPINION AND SHALL NOT
BE CITED AS AUTHORITY

Appeal from the District Court of the Fifth Judicial District, State of Idaho, Cassia County. Hon. Blaine Cannon, District Judge.

Appeal dismissed.

Erik R. Lehtinen, State Appellate Public Defender; Jacob L. Westerfield, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Raúl R. Labrador, Attorney General; Kacey L. Jones, Deputy Attorney General, Boise, for respondent.

_____

Before GRATTON, Chief Judge; HUSKEY, Judge;
and LORELLO, Judge

_____

PER CURIAM

    William Jay Hedges pled guilty to unlawful possession of a firearm, Idaho Code § 18-3316(1). In exchange for his guilty plea, additional charges were dismissed. The district court imposed a unified term of five years with two years determinate, suspended the sentence, and placed Hedges on probation for three years. Subsequently, Hedges admitted to violating the terms of the probation, and the district court consequently revoked probation and retained jurisdiction. During the pendency of this appeal, Hedges was released back onto probation following a rider review hearing. Mindful that he has been released back onto probation following the period of retained jurisdiction, Hedges appeals arguing that the district court abused its discretion by revoking his probation and retaining jurisdiction. A case becomes moot when the issues presented

1

are no longer live or the defendant lacks a legally cognizable interest in the outcome. *Murphy v. Hunt*, 455 U.S. 478, 481 (1982); *Bradshaw v. State*, 120 Idaho 429, 432, 816 P.2d 986, 989 (1991). Hedges has been placed on probation rendering this appeal moot.

Therefore, this appeal is dismissed.